**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SHABAN ALI RAFAT,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

No. 1:26-cv-06056-JLT-EPG (HC)

A-Number: 221-312-972

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER

(Docs. 1, 10)

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 6, 2026, the magistrate judge issued findings and recommendations that the petition for writ of habeas corpus be granted and immediate release be ordered. (Doc. 10.) On November 20, 2026, Respondents filed objections asserting that they objected "for the reasons stated in their Opposition." (Doc. 11 at 1.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondent's generalized objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on November 6, 2026, (Doc. 10), are **ADOPTED IN FULL.**

2. The petition for writ of habeas corpus is **GRANTED**.
3. Petitioner's request for immediate release is **GRANTED**.
4. Respondents are directed to immediately release Petitioner under appropriate conditions of supervision set forth in 8 C.F.R. § 241.5.
5. Respondents are enjoined and restrained from re-detaining Petitioner unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future
6. The Clerk of Court is directed to serve the California City Detention Center with a copy of this Order.
7. The Clerk of Court is directed to **CLOSE THE CASE** and terminate all pending motions.

IT IS SO ORDERED.

Dated: Nov. 24, 2026

JENNIFER L. THURSTON
U.S. District Judge